[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10322

Non-Argument Calendar

_____

THE STATE OF GEORGIA,

Plaintiff-Appellee,

*versus*

BRIAN-SCOTT NETTLES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 2:23-cv-00266-RWS

_____

2                        Opinion of the Court                    24-10322

Before JILL PRYOR, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Brian-Scott Nettles, proceeding *pro se*, appeals from the district court's order remanding to state court a case in which he was charged with various state criminal offenses. We lack jurisdiction to review the remand order because it was based on the district court's lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c)-(d); *New v. Sports & Recreation*, 114 F.3d 1092, 1095-96 (11th Cir. 1997); *Whole Health Chiropractic & Wellness, Inc. v. Humana Med Plan, Inc.*, 254 F.3d 1317, 1319 (11th Cir. 2001).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.